**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**KIRIL GORBACHEV**

**VS.**

**U.S. IMMIGRATION & CUSTOMS ENFORCEMENT**

**CIVIL ACTION NO. 26-2170**

**SECTION P**

**JUDGE JERRY EDWARDS, JR.**

**MAG. JUDGE KAYLA D. MCCLUSKY**

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Kiril Gorbachev's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Winn Correctional Center, shall (A) release Petitioner from custody within seven (7) days, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the location and time of his release no less than 24 hours before his release.

THUS DONE in ALEXANDRIA, LOUISIANA, this 21st day of September, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE